UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**PAP'S CAFÉ, LTD.,** an Illinois corporation, individually and as the representative of a class of similarly-situated persons,

        Plaintiff,

  vs.

**MYPIZZA TECHNOLOGIES , INC.,** a Delaware corporation, and JOHN DOES 1-5,

        Defendants.
_____

Civil Action No. 1:17-cv-07586

**CLASS ACTION**

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, PAP'S CAFÉ, LTD., through its undersigned attorneys, hereby dismisses this action without prejudice.

        Respectfully submitted,

        PAP'S CAFE, LTD., individually and as the representative of a class of similarly-situated persons

        By:  /s/ Aytan Y. Bellin
        Aytan Y. Bellin
        BELLIN & ASSOCIATES LLC
        85 Miles Avenue
        White Plains, NY  10606
        Telephone: (914) 358-5345
        Aytan.Bellin@bellinlaw.com

        And:

        Ryan M. Kelly
        **ANDERSON + WANCA**
        3701 Algonquin Road, Suite 500
        Rolling Meadows, Illinois 60008
        Telephone:  (847) 368-1500
        rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Aytan Y. Bellin